AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scudder, Jr., Michael Y. | Circuit Court - Seventh Circuit | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Room 2648
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Northwestern University Pritzker School of Law |
| 2. | Lecturer in Law | University of Chicago Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Chicago Law School - Teaching | $14,000.00 |
| 2. 2020 | Northwestern University Prtizker School of Law - Teaching | $13,750.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank Account #1 (cash account) | A | Interest | K | T | | | | | |
| 2. JPMorgan Chase Bank Account #2 (cash account) | A | Interest | L | T | | | | | |
| 3. JPMorgan Chase Bank Account #3 (cash account) | A | Interest | | | Closed | 06/15/20 | J | | |
| 4. Navy Federal Credit Union Account (cash account) | A | Int./Div. | J | T | | | | | |
| 5. JPMorgan Chase Bank Account #4 (cash account) | A | Interest | J | T | Open | 07/01/20 | J | | |
| 6. JPMorgan Chase Bank Account #5 (cash account) | A | Interest | J | T | Open | 07/01/20 | J | | |
| 7. PNC Bank Account #1 (cash account) | A | Interest | J | T | | | | | |
| 8. Bank of America Account #1 (cash account) | A | Interest | J | T | | | | | |
| 9. Bank of America Account #2 (cash account) | A | Interest | J | T | | | | | |
| 10. Citi Private Bank Investment Account (H) | | | | | | | | | |
| 11. - Western Asset Institutional Government Money Market Deposit Account | A | Interest | K | T | | | | | |
| 12. - iShares Gold TR iShares (IAU) | | None | J | T | Buy (add'l) | 02/04/20 | J | | |
| 13. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 14. | | | | | Sold (part) | 05/07/20 | J | D | |
| 15. | | | | | Sold (part) | 06/29/20 | J | A | |
| 16. | | | | | Sold (part) | 09/02/20 | J | A | |
| 17. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - iShares TR Russell 1000 Value ETF (IWD) | B | Dividend | M | T | Sold (part) | 02/04/20 | J | B | |
| 19. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 20. | | | | | Sold (part) | 05/07/20 | J | | |
| 21. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 22. | | | | | Sold (part) | 09/02/20 | J | A | |
| 23. | | | | | Sold (part) | 12/01/20 | J | B | |
| 24.    - iShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | M | T | Sold (part) | 02/04/20 | K | D | |
| 25. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 26. | | | | | Sold (part) | 05/07/20 | J | C | |
| 27. | | | | | Sold (part) | 06/29/20 | J | C | |
| 28. | | | | | Sold (part) | 09/02/20 | K | D | |
| 29. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 30.    - iShares TR Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 02/04/20 | J | | |
| 31. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 32. | | | | | Sold (part) | 05/07/20 | J | | |
| 33. | | | | | Sold (part) | 06/29/20 | J | A | |
| 34. | | | | | Sold (part) | 09/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 36. | - iShares TR MSCI All Country Asia Ex Japan ETF (AAXJ) | | None | | | Buy | 02/04/20 | J | | |
| 37. | | | | | | Sold | 04/06/20 | J | | |
| 38. | - iShares TR JPMorgan USD Emerging Markets Bond ETF (EMB) | C | Dividend | L | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 39. | | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 40. | | | | | | Sold<br>(part) | 06/29/20 | J | | |
| 41. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 42. | | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 43. | - PIMCO ETF TR Enhanced Short Maturity Active ETF (MINT) | A | Dividend | K | T | Sold<br>(part) | 02/04/20 | J | A | |
| 44. | | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 45. | | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 46. | | | | | | Sold<br>(part) | 06/29/20 | K | A | |
| 47. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 48. | | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 49. | - SPDR Bloomberg Barclays High Yield Bond ETF (JNK) | B | Dividend | K | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 50. | | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 51. | | | | | | Sold<br>(part) | 05/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 53. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 54. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 55. - SPDR Nuveen Bloomberg Barclays Municipal Bond ETF (TFI) | A | Dividend | N | T | Sold (part) | 02/04/20 | J | A | |
| 56. | | | | | Sold (part) | 04/06/20 | J | A | |
| 57. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 58. | | | | | Sold (part) | 06/29/20 | J | A | |
| 59. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 60. | | | | | Sold (part) | 12/01/20 | J | A | |
| 61. - SPDR Nuveen Bloomberg Barclays Short Term Municipal Bond ETF (SHM) | A | Dividend | N | T | Buy (add'l) | 02/04/20 | J | | |
| 62. | | | | | Sold (part) | 04/06/20 | K | A | |
| 63. | | | | | Buy (add'l) | 05/07/20 | K | | |
| 64. | | | | | Sold (part) | 06/29/20 | J | A | |
| 65. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 66. | | | | | Sold (part) | 12/01/20 | J | A | |
| 67. - Vanguard Specialized Funds Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy (add'l) | 02/04/20 | K | | |
| 68. | | | | | Buy (add'l) | 04/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 71. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 72. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 73. - Vanguard FTSE Developed Markets ETF (VEA) | C | Dividend | M | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 75. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 78. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 79. - Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | B | Dividend | L | T | Sold<br>(part) | 02/04/20 | J | A | |
| 80. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 83. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 85. - iShares TR Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy | 05/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 87. | | | | | Sold (part) | 09/02/20 | J | A | |
| 88. | | | | | Sold (part) | 12/01/20 | J | A | |
| 89.   - iShares TR Global REIT ETF (REET) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 91. | | | | | Sold (part) | 12/01/20 | J | A | |
| 92.   - iShares TR Latin America 40 ETF (ILF) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 93.   - iShares TR MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 94.   Citi Private Bank Individual Retirement Account #1 (H) | | | | | | | | | |
| 95.   - Western Asset Institutional Government Money Market Deposit Account | A | Interest | J | T | | | | | |
| 96.   - iShares Gold TR iShares (IAU) | | None | J | T | Buy (add'l) | 02/04/20 | J | | |
| 97. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 98. | | | | | Sold (part) | 05/07/20 | J | A | |
| 99. | | | | | Sold (part) | 06/29/20 | J | A | |
| 100. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 102.   - iShares MSCI All Country Asia ex Japan ETF (AAXJ) | A | Dividend | | | Buy (add'l) | 02/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/06/20 | J | | |
| 104. - PIMCO ETF TR Enhanced Short Maturity Active ETF (MINT) | A | Dividend | J | T | Sold (part) | 02/04/20 | J | B | |
| 105. | | | | | Sold (part) | 04/06/20 | J | | |
| 106. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 107. | | | | | Sold (part) | 06/29/20 | J | B | |
| 108. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 109. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 110. - iShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Sold (part) | 02/04/20 | J | B | |
| 111. | | | | | Sold (part) | 04/06/20 | J | | |
| 112. | | | | | Sold (part) | 05/07/20 | J | | |
| 113. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 114. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 115. | | | | | Sold (part) | 12/01/20 | J | A | |
| 116. - iShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold (part) | 02/04/20 | J | D | |
| 117. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 118. | | | | | Sold (part) | 05/07/20 | J | B | |
| 119. | | | | | Sold (part) | 06/29/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/02/20 | J | C | |
| 121. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 122.  - iShares TR Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 02/04/20 | J | | |
| 123. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 124. | | | | | Sold (part) | 05/07/20 | J | | |
| 125. | | | | | Sold (part) | 06/29/20 | J | A | |
| 126. | | | | | Sold (part) | 09/02/20 | J | A | |
| 127. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 128.  - iShares TR JPMorgan USD Emerging MKTs Bond ETF (EMB) | A | Dividend | | | Sold (part) | 02/04/20 | J | A | |
| 129. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 130. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 131. | | | | | Sold (part) | 06/29/20 | J | A | |
| 132. | | | | | Sold (part) | 09/02/20 | J | A | |
| 133. | | | | | Sold | 12/01/20 | J | A | |
| 134.  - Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Sold (part) | 02/04/20 | J | A | |
| 135. | | | | | Sold (part) | 04/06/20 | J | A | |
| 136. | | | | | Buy (add'l) | 05/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 06/29/20 | K | B | |
| 138. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 139. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 140.  - Vanguard FTSE Developed Markets ETF (VEA) | B | Dividend | L | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 141. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 142. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 146.  - Vanguard Charlotte FDS Total International Bond ETF (BNDX) | A | Dividend | | | Sold | 02/04/20 | J | A | |
| 147.  - Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | A | Dividend | K | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 151. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 152. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 153.  - Vanguard Specialized Funds Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy | 02/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 156. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 157.  - iShares TR Latin America 40 ETF (ILF) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 158. | | | | | Sold<br>(part) | 06/29/20 | J | A | |
| 159. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 161.  - iShares TR Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 162. | | | | | Sold<br>(part) | 06/29/20 | J | A | |
| 163. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 164. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 165.  - iShares TR Global REIT ETF (REET) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 167. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 168.  - iShares TR Mortgage Real Estate ETF (REM) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 170. | | | | | Sold<br>(part) | 12/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. - SPDR SER TR Bloombarg Barclays High Yield BD ETF (JNK) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 172. | | | | | Sold (part) | 09/02/20 | J | A | |
| 173. | | | | | Sold (part) | 12/01/20 | J | A | |
| 174. - iShares TR MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 175. TD Ameritrade Investment Account #1 (H) | | | | | | | | | |
| 176. - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 177. - Invesco BulletShares 2020 Corp Bond ETF (BSCK) | A | Dividend | | | Sold | 02/25/20 | L | | |
| 178. - Invesco BulletShares 2021 Corp Bond ETF (BSCL) | A | Dividend | | | Sold | 02/25/20 | L | A | |
| 179. - Invesco BulletShares 2022 Corp Bond ETF (BSCM) | A | Dividend | | | Sold | 02/25/20 | K | B | |
| 180. - DoubleLine Low Duration Bond Fund (DBLSX) | B | Dividend | L | T | Sold (part) | 03/16/20 | K | | |
| 181. | | | | | Sold (part) | 04/07/20 | J | | |
| 182. | | | | | Sold (part) | 09/23/20 | K | | |
| 183. - Wisdom Tree Emerging Markets High Div (DEM) | A | Dividend | | | Buy (add'l) | 02/25/20 | J | | |
| 184. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 185. | | | | | Sold (part) | 04/07/20 | J | | |
| 186. | | | | | Sold | 05/05/20 | J | A | |
| 187. - DoubleLine Flexible Income Fund I (DFLEX) | A | Dividend | | | Buy (add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 03/16/20 | J | | |
| 189. | | | | | Sold | 04/07/20 | K | | |
| 190. - Wisdom Tree US Quality Divident Growth ETF (DGRW) | A | Dividend | K | T | Buy | 02/25/20 | K | | |
| 191. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 192. | | | | | Sold (part) | 04/07/20 | J | | |
| 193. | | | | | Sold (part) | 07/27/20 | J | A | |
| 194. | | | | | Sold (part) | 11/05/20 | J | A | |
| 195. | | | | | Sold (part) | 12/14/20 | J | A | |
| 196. - Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 197. | | | | | Sold (part) | 04/07/20 | J | | |
| 198. | | | | | Sold (part) | 07/27/20 | J | | |
| 199. | | | | | Sold | 11/05/20 | K | | |
| 200. - iShares EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 201. | | | | | Sold (part) | 12/14/20 | J | A | |
| 202. - SPDR DoubleLine Emerging Market Debt ETF (EMTL) | B | Dividend | K | T | Buy | 02/25/20 | L | | |
| 203. | | | | | Sold (part) | 04/07/20 | J | | |
| 204. | | | | | Sold (part) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 12/14/20 | K | | |
| 206.  - Wisdom Tree US Large Cap ETF (EPS) | A | Dividend | | | Buy | 02/25/20 | K | | |
| 207. | | | | | Sold | 03/16/20 | K | | |
| 208.  - Wisdom Tree US Total Market Fund<br>(RESP) | A | Dividend | | | Sold | 02/25/20 | K | B | |
| 209.  - SPDR Bloomberg Barclays Investment<br>Grade Floating Rate ETF (FLRN) | A | Dividend | | | Buy<br>(add'l) | 02/25/20 | K | | |
| 210. | | | | | Sold | 03/16/20 | L | | |
| 211.  - Federated Government Obligations Fund<br>(GOSXX) | A | Dividend | | | Buy | 03/24/20 | M | | |
| 212. | | | | | Sold | 05/05/20 | M | | |
| 213.  - iShares US Treasury Bond ETF (GOVT) | B | Dividend | L | T | Buy | 02/25/20 | M | | |
| 214. | | | | | Sold<br>(part) | 03/16/20 | K | A | |
| 215. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 216. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 217. | | | | | Sold<br>(part) | 11/05/20 | K | B | |
| 218. | | | | | Sold<br>(part) | 12/14/20 | J | A | |
| 219.  - iShares Core High Dividend ETF (HDV) | A | Dividend | | | Sold | 02/25/20 | K | B | |
| 220.  - iShares Gold Trust (IAU) | | None | L | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 221. | | | | | Sold<br>(part) | 03/23/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 222. | | | | | Buy <br> (add'l) | 04/07/20 | K | | |
| 223. | | | | | Sold <br> (part) | 07/31/20 | J | B | |
| 224. | | | | | Buy <br> (add'l) | 09/03/20 | J | | |
| 225. | | | | | Buy <br> (add'l) | 11/05/20 | J | | |
| 226. - Wisdom Tree International Quality <br> Dividend ETF (IQDG) | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 227. | | | | | Sold <br> (part) | 12/14/20 | J | A | |
| 228. - JPMorgan Hedged Equity Fund (JHEQX) | A | Dividend | M | T | Buy | 11/05/20 | M | | |
| 229. | | | | | Sold <br> (part) | 12/14/20 | J | A | |
| 230. - JPMorgan Ultra Short Income ETF (JPST) | B | Dividend | M | T | Buy | 05/25/20 | M | | |
| 231. | | | | | Sold <br> (part) | 07/27/20 | K | A | |
| 232. | | | | | Sold <br> (part) | 12/14/20 | J | A | |
| 233. - SPDR SSGA U.S. Large Cap Low <br> Volatility Index ETF (LGLV) | A | Dividend | | | Sold <br> (part) | 01/10/20 | J | A | |
| 234. | | | | | Buy <br> (add'l) | 03/16/20 | J | | |
| 235. | | | | | Buy <br> (add'l) | 03/23/20 | J | | |
| 236. | | | | | Sold <br> (part) | 04/07/20 | J | A | |
| 237. | | | | | Sold | 05/05/20 | K | B | |
| 238. - Lord Abbett Funds Ultra Short Bond Fund <br> (LUBAX) | A | Dividend | M | T | Buy | 06/25/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - iShares US Short Maturity Bond ETF (NEAR) | A | Dividend | | | Buy | 02/25/20 | M | | |
| 240. | | | | | Sold (part) | 03/16/20 | J | | |
| 241. | | | | | Sold (part) | 03/20/20 | K | | |
| 242. | | | | | Sold | 03/23/20 | L | | |
| 243.  - Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | | | Buy (add'l) | 01/10/20 | J | | |
| 244. | | | | | Sold | 02/25/20 | M | | |
| 245. | | | | | Buy | 05/05/20 | M | | |
| 246. | | | | | Sold | 06/25/20 | M | | |
| 247.  - iShares AAA-A Investment Grade Corp Bond ETF (QLTA) | B | Dividend | K | T | Buy | 04/08/20 | M | | |
| 248. | | | | | Sold (part) | 07/27/20 | K | B | |
| 249. | | | | | Sold (part) | 11/05/20 | L | C | |
| 250. | | | | | Sold (part) | 12/14/20 | J | A | |
| 251.  - Wisdom Tree US Short-Term High Yield ETF (SFHY) | A | Dividend | | | Sold | 02/25/20 | L | | |
| 252.  - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 03/20/20 | L | | |
| 253. | | | | | Buy (add'l) | 04/07/20 | K | | |
| 254. | | | | | Sold | 05/05/20 | M | | |
| 255.  - iShares Trust 0-5 YR High Yield Corporate Bond ETF (SHYG) | A | Dividend | | | Buy | 02/25/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 257. | | | | | Sold | 04/06/20 | L | | |
| 258.  - SSGA Ultra Short Term Bond ETF (ULST) | A | Dividend | | | Buy | 02/25/20 | L | | |
| 259. | | | | | Sold (part) | 03/16/20 | J | | |
| 260. | | | | | Sold | 03/20/20 | L | | |
| 261.  - Wisdom Tree Floating Rate Treasury Fund (USFR) | A | Dividend | | | Buy (add'l) | 02/25/20 | J | | |
| 262. | | | | | Sold (part) | 03/16/20 | J | | |
| 263. | | | | | Sold | 03/23/20 | K | | |
| 264.  - iShares MSCI USA Min Volatility ETF (USMV) | B | Dividend | K | T | Buy | 05/05/20 | K | | |
| 265. | | | | | Sold (part) | 07/27/20 | J | A | |
| 266. | | | | | Sold (part) | 11/05/20 | J | B | |
| 267. | | | | | Sold (part) | 12/14/20 | J | A | |
| 268.  - Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Sold (part) | 01/10/20 | J | A | |
| 269. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 270. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 271. | | | | | Sold (part) | 04/07/20 | J | A | |
| 272. | | | | | Sold (part) | 07/27/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 11/05/20 | K | | |
| 274. | | | | | Sold (part) | 12/14/20 | J | A | |
| 275. - Vanguard S&P 500 ETF (VOO) | A | Dividend | | | Buy | 03/16/20 | K | | |
| 276. | | | | | Sold (part) | 04/07/20 | J | A | |
| 277. | | | | | Sold (part) | 06/25/20 | J | A | |
| 278. | | | | | Sold (part) | 07/27/20 | J | A | |
| 279. | | | | | Sold (part) | 09/03/20 | J | A | |
| 280. | | | | | Sold | 11/05/20 | K | D | |
| 281. - Vanguard Total Stock Market ETF (VTI) | A | Dividend | | | Sold (part) | 01/10/20 | J | B | |
| 282. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 283. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 284. | | | | | Sold (part) | 04/07/20 | J | A | |
| 285. | | | | | Sold (part) | 05/05/20 | J | A | |
| 286. | | | | | Sold (part) | 07/27/20 | J | C | |
| 287. | | | | | Sold (part) | 09/03/20 | J | B | |
| 288. | | | | | Sold | 11/05/20 | K | E | |
| 289. - Vanguard Value ETF (VTV) | B | Dividend | K | T | Sold (part) | 01/10/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 291. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 292. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 293. | | | | | Sold (part) | 04/07/20 | J | | |
| 294. | | | | | Sold (part) | 07/27/20 | J | | |
| 295. | | | | | Sold (part) | 09/03/20 | J | A | |
| 296. | | | | | Sold (part) | 11/05/20 | K | C | |
| 297. | | | | | Sold (part) | 12/14/20 | J | B | |
| 298.  - Vanguard Growth ETF (VUG) | A | Dividend | L | T | Sold (part) | 01/10/20 | J | C | |
| 299. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 300. | | | | | Sold (part) | 04/07/20 | J | A | |
| 301. | | | | | Sold (part) | 05/05/20 | J | C | |
| 302. | | | | | Sold (part) | 06/25/20 | J | B | |
| 303. | | | | | Sold (part) | 07/27/20 | J | C | |
| 304. | | | | | Sold (part) | 07/31/20 | J | C | |
| 305. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 306. | | | | | Buy (add'l) | 11/05/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 12/14/20 | J | D | |
| 308. - Vanguard FTSE Emerging Market ETF (VWO) | A | Dividend | | | Buy | 02/25/20 | J | | |
| 309. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 310. | | | | | Sold (part) | 04/07/20 | J | | |
| 311. | | | | | Sold | 05/05/20 | J | | |
| 312. - Wisdom Tree Emerging Markets Ex State-Owned ETF (XSOE) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 313. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 314. | | | | | Sold (part) | 04/07/20 | J | | |
| 315. | | | | | Sold (part) | 06/25/20 | J | A | |
| 316. | | | | | Sold (part) | 07/27/20 | J | A | |
| 317. | | | | | Sold (part) | 12/14/20 | J | A | |
| 318. TD Ameritrade Investment Account #2 (H) | | | | | | | | | |
| 319. - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 320. - Invesco BulletShares 2020 ETF (BSCK) | A | Dividend | | | Sold | 02/21/20 | L | A | |
| 321. | | | | | Buy | 07/31/20 | L | | |
| 322. | | | | | Sold | 12/15/20 | L | | |
| 323. - Invesco BulletShares 2021 ETF (BSCL) | A | Dividend | L | T | Sold | 02/21/20 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 12/15/20 | L | | |
| 325. - Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | | | Sold | 02/21/20 | J | | |
| 326. - DoubleLine Flexible Income Fund I (DFLEX) | A | Dividend | | | Buy (add'l) | 01/10/20 | J | | |
| 327. | | | | | Sold (part) | 03/17/20 | J | | |
| 328. | | | | | Sold | 04/07/20 | K | | |
| 329. - Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | | | Sold | 02/21/20 | K | A | |
| 330. - iShares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 05/05/20 | J | | |
| 331. | | | | | Sold (part) | 06/25/20 | J | A | |
| 332. | | | | | Sold (part) | 07/27/20 | J | A | |
| 333. | | | | | Sold (part) | 11/09/20 | J | A | |
| 334. - SPDR DoubleLine Emerging Mkts Debt ETF (EMTL) | A | Dividend | K | T | Buy | 02/21/20 | K | | |
| 335. | | | | | Sold (part) | 03/17/20 | J | | |
| 336. | | | | | Sold (part) | 04/07/20 | J | | |
| 337. | | | | | Sold (part) | 07/27/20 | J | | |
| 338. - SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 339. - Federated Government Obligations Fund (GOSXX) | A | Dividend | | | Buy | 03/24/20 | M | | |
| 340. | | | | | Buy (add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 05/05/20 | M | | |
| 342.  - iShares US Treasury Bond ETF (GOVT) | B | Dividend | K | T | Buy | 02/21/20 | L | | |
| 343. | | | | | Sold (part) | 03/17/20 | J | A | |
| 344. | | | | | Sold (part) | 03/20/20 | J | A | |
| 345. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 346. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 347. | | | | | Sold (part) | 07/27/20 | J | A | |
| 348. | | | | | Buy (add'l) | 09/23/20 | K | | |
| 349. | | | | | Sold (part) | 11/09/20 | K | | |
| 350.  - iShares Gold Trust ETF (IAU) | | None | L | T | Sold (part) | 03/17/20 | J | A | |
| 351. | | | | | Sold (part) | 03/23/20 | J | A | |
| 352. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 353. | | | | | Buy (add'l) | 10/12/20 | J | | |
| 354.  - iShares Barclays US Treasury 7-10 YR ETF (IEF) | A | Dividend | K | T | Buy | 07/31/20 | L | | |
| 355. | | | | | Buy (add'l) | 09/23/20 | K | | |
| 356. | | | | | Sold (part) | 11/09/20 | K | | |
| 357.  - Wisdom Tree International Quality Dividend Growth Fund (IQDG) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 359. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 360. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 361. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 362. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 363. | | | | | Sold<br>(part) | 11/09/20 | J | A | |
| 364.   - JPMorgan Hedged Equity Fund (JHEQX) | A | Dividend | M | T | Buy | 11/09/20 | M | | |
| 365.   - JPMorgan Ultra Short Income ETF (JPST) | B | Dividend | M | T | Buy | 05/05/20 | M | | |
| 366. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 367. | | | | | Sold<br>(part) | 07/27/20 | K | A | |
| 368. | | | | | Buy<br>(add'l) | 09/23/20 | L | | |
| 369. | | | | | Sold<br>(part) | 10/12/20 | K | | |
| 370.   - Lord Abbott Funds Ultra Short Bond Fund (LUBAX) | A | Dividend | M | T | Buy | 06/25/20 | M | | |
| 371.   - iShares US Short Maturity Bond ETF (NEAR) | A | Dividend | | | Buy | 02/21/20 | M | | |
| 372. | | | | | Sold<br>(part) | 03/17/20 | K | | |
| 373. | | | | | Sold<br>(part) | 03/20/20 | K | | |
| 374. | | | | | Sold | 03/23/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. - Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | | | Sold | 02/21/20 | M | | |
| 376. | | | | | Buy | 05/05/20 | M | | |
| 377. | | | | | Sold | 06/25/20 | M | | |
| 378. - iShares AAA-A Investment Grade Corp Bond ETF (QLTA) | B | Dividend | K | T | Buy | 04/08/20 | L | | |
| 379. | | | | | Sold (part) | 07/07/20 | J | A | |
| 380. | | | | | Sold (part) | 11/09/20 | K | B | |
| 381. - WisdomTree Trust US ESG Fund ETF (RESP) | A | Dividend | | | Sold | 03/17/20 | K | | |
| 382. - WisdomTree US Short-Term High Yield ETF (SFHY) | A | Dividend | | | Sold | 02/21/20 | L | A | |
| 383. - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 03/20/20 | L | | |
| 384. | | | | | Buy (add'l) | 04/07/20 | K | | |
| 385. | | | | | Sold | 05/05/20 | M | | |
| 386. - iShares Trust 0-5 YR High Yield Corporate Bond ETF (SHYG) | A | Dividend | | | Buy | 02/21/20 | L | | |
| 387. | | | | | Sold | 04/06/20 | K | | |
| 388. - SPDR Developed Work Ex-US ETF (SPDW) | A | Dividend | | | Buy (add'l) | 03/17/20 | J | | |
| 389. | | | | | Sold (part) | 04/07/20 | J | | |
| 390. | | | | | Sold | 05/05/20 | J | | |
| 391. - SPDR Total US Stock Market ETF (SPTM) | B | Dividend | | | Sold (part) | 01/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 393. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 394. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 395. | | | | | Sold<br>(part) | 07/27/20 | K | B | |
| 396. | | | | | Sold<br>(part) | 07/31/20 | K | C | |
| 397. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 398. | | | | | Sold | 09/23/20 | L | D | |
| 399.  - SPDR S&P 500 High Div ETF (SPYD) | B | Dividend | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 400. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 401. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 402. | | | | | Sold<br>(part) | 05/05/20 | K | | |
| 403. | | | | | Sold<br>(part) | 07/27/20 | J | | |
| 404. | | | | | Sold | 07/31/20 | K | | |
| 405.  - SPDR S&P 500 Growth ETF (SPYG) | A | Dividend | K | T | Sold<br>(part) | 01/10/20 | J | A | |
| 406. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 407. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 408. | | | | | Sold<br>(part) | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 05/05/20 | J | A | |
| 410. | | | | | Sold (part) | 06/25/20 | J | A | |
| 411. | | | | | Sold (part) | 07/27/20 | K | C | |
| 412. | | | | | Sold (part) | 07/31/20 | K | D | |
| 413. | | | | | Sold (part) | 09/03/20 | J | A | |
| 414. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 415. | | | | | Buy (add'l) | 10/12/20 | J | | |
| 416. | | | | | Sold (part) | 11/09/20 | K | D | |
| 417.   - SPDR S&P 500 Value ETF (SPYV) | B | Dividend | K | T | Sold (part) | 01/10/20 | J | A | |
| 418. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 419. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 420. | | | | | Sold (part) | 04/07/20 | J | | |
| 421. | | | | | Sold (part) | 07/27/20 | K | | |
| 422. | | | | | Sold (part) | 07/31/20 | K | | |
| 423. | | | | | Sold (part) | 09/23/20 | K | | |
| 424. | | | | | Sold (part) | 11/09/20 | J | A | |
| 425.   - T Rowe Price Ultra Short Bond Fund (TRBUX) | A | Dividend | | | Sold | 01/10/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - SPDR Ultra Short Term Bond ETF (ULST) | A | Dividend | | | Buy (add'l) | 01/10/20 | K | | |
| 427. | | | | | Sold (part) | 03/17/20 | K | | |
| 428. | | | | | Sold | 03/20/20 | L | | |
| 429. - WisdomTree Floating Rate Treasury EFT (USFR) | A | Dividend | | | Buy | 02/21/20 | K | | |
| 430. | | | | | Sold (part) | 03/17/20 | J | | |
| 431. | | | | | Sold | 03/23/20 | K | | |
| 432. - iShares MSCI US Min Vol ETF (USMV) | A | Dividend | K | T | Buy | 05/05/20 | K | | |
| 433. | | | | | Sold (part) | 07/27/20 | J | A | |
| 434. | | | | | Sold (part) | 09/23/20 | J | A | |
| 435. | | | | | Sold (part) | 11/09/20 | J | B | |
| 436. - Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 437. - Vanguard S&P 500 ETF (VOO) | A | Dividend | | | Buy | 03/17/20 | K | | |
| 438. | | | | | Sold (part) | 04/07/20 | J | A | |
| 439. | | | | | Sold (part) | 06/25/20 | J | A | |
| 440. | | | | | Sold (part) | 07/27/20 | J | B | |
| 441. | | | | | Sold (part) | 07/31/20 | K | C | |
| 442. | | | | | Sold (part) | 09/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold | 09/23/20 | K | C | |
| 444.  - Vanguard Emerging Markets ETF (VWO) | A | Dividend | | | Buy | 02/21/20 | K | | |
| 445. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 446. | | | | | Sold | 05/05/20 | K | A | |
| 447.  - WisdomTree Emerging Markets Ex-State Owned ETF (XSOE) | A | Dividend | J | T | Buy | 02/21/20 | K | | |
| 448. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 449. | | | | | Sold (part) | 06/25/20 | J | | |
| 450. | | | | | Sold (part) | 07/27/20 | J | A | |
| 451. | | | | | Sold (part) | 09/23/20 | J | A | |
| 452. | | | | | Sold (part) | 11/09/20 | J | A | |
| 453.  TD Ameritrade Individual Retirement Account #1 (H) | | | | | | | | | |
| 454.  - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 455.  - DoubleLine Low Duration Bond Fund Class I (DBLSX) | A | Dividend | | | Buy (add'l) | 02/26/20 | J | | |
| 456. | | | | | Sold (part) | 03/16/20 | K | | |
| 457. | | | | | Sold | 03/24/20 | L | | |
| 458.  - Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | | | Sold | 02/26/20 | J | | |
| 459.  - Wisdom Tree Emerging Markets Quality Dividend Growth Fund (DGRE) | A | Dividend | | | Sold | 02/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. - Wisdom Tree U.S. SmallCap Quality Dividend Growth Fund (DGRS) | A | Dividend | | | Sold | 02/26/20 | K | | |
| 461. - Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | | | Sold | 02/26/20 | J | | |
| 462. - Wisdom Tree U.S.SmallCap Fund (EES) | A | Dividend | | | Sold | 02/26/20 | J | | |
| 463. - iShares MSCI EAFE Growth ETF (EFG) | A | Dividend | K | T | Buy | 05/06/20 | K | | |
| 464. | | | | | Sold (part) | 07/17/20 | J | A | |
| 465. - SPDR DoubleLine Emerging Mkts Debt ETF (EMTL) | A | Dividend | | | Buy (add'l) | 02/26/20 | K | | |
| 466. | | | | | Sold (part) | 03/16/20 | J | | |
| 467. | | | | | Sold | 04/07/20 | K | | |
| 468. - Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | | | Sold | 02/26/20 | K | B | |
| 469. - Wisdom Tree U.S. Mid Cap Fund (EZM) | A | Dividend | | | Sold | 02/26/20 | K | | |
| 470. - VanEck Gold Miners ETF (GDX) | A | Dividend | K | T | Buy | 07/17/20 | K | | |
| 471. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 472. - Federated Government Obligations Fund (GOSXX) | A | Dividend | | | Buy | 03/24/20 | K | | |
| 473. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 474. | | | | | Sold | 05/05/20 | L | | |
| 475. - iShares US Treasury Bond ETF (GOVT) | A | Dividend | K | T | Buy | 02/26/20 | K | | |
| 476. | | | | | Sold (part) | 03/16/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 478. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 479. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 480. - iShares Gold Trust ETF (IAU) | | None | L | T | Sold<br>(part) | 02/26/20 | J | B | |
| 481. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 482. | | | | | Sold<br>(part) | 04/07/20 | J | A | |
| 483. | | | | | Buy<br>(add'l) | 07/17/20 | K | | |
| 484. - Wisdom Tree International Quality<br>Dividend Growth Fund (IQDG) | A | Dividend | K | T | | | | | |
| 485. - JPMorgan Hedged Equity Fund (JHEQX) | A | Dividend | M | T | Buy | 11/04/20 | M | | |
| 486. - JPMorgan Ultra Short Income ETF (JPST) | A | Dividend | L | T | Buy | 05/06/20 | L | | |
| 487. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 488. | | | | | Sold<br>(part) | 07/17/20 | K | A | |
| 489. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 490. - Lord Abbett Developing Growth Fund<br>(LADYX) | B | Dividend | K | T | Buy | 07/17/20 | J | | |
| 491. - iShares AAA-A Investment Grade Corp<br>Bond ETF (QLTA) | A | Dividend | | | Buy | 04/08/20 | K | | |
| 492. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 493. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Sold | 11/04/20 | K | B | |
| 495. - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 03/20/20 | K | | |
| 496. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 497. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 498. | | | | | Sold | 05/05/20 | K | | |
| 499. - iShares Trust 0-5 YR High Yield Corp Bd<br>ETF (SHYG) | A | Dividend | | | Buy | 02/26/20 | K | | |
| 500. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 501. | | | | | Sold | 04/06/20 | K | | |
| 502. - SPDR Portfolio Emerging Markets ETF<br>(SPEM) | A | Dividend | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 503. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 504. | | | | | Sold | 05/05/20 | K | | |
| 505. - SPDR Portfolio Short Term Treasury ETF<br>(SPTS) | A | Dividend | | | Sold | 02/26/20 | K | A | |
| 506. - iShares MSCI US Min Vol ETF (USMV) | A | Dividend | | | Buy | 05/06/20 | K | | |
| 507. | | | | | Sold<br>(part) | 07/17/20 | J | A | |
| 508. | | | | | Sold | 11/04/20 | K | B | |
| 509. - Vanguard Small-Cap Growth ETF (VBK) | A | Dividend | K | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 510. | | | | | Sold<br>(part) | 05/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 07/17/20 | J | A | |
| 512. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 513. - Vanguard Small-Cap Value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 02/26/20 | J | | |
| 514. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 515. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 516. - Vanguard All-World ex-US ETF (VEU) | A | Dividend | | | Buy (add'l) | 02/26/20 | K | | |
| 517. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 518. | | | | | Sold (part) | 04/07/20 | J | | |
| 519. | | | | | Sold | 05/05/20 | K | | |
| 520. - Vanguard Information Technology ETF (VGT) | A | Dividend | | | Buy | 02/26/20 | J | | |
| 521. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 522. | | | | | Sold (part) | 04/07/20 | J | | |
| 523. | | | | | Sold (part) | 06/25/20 | J | A | |
| 524. | | | | | Sold (part) | 07/17/20 | J | A | |
| 525. | | | | | Sold (part) | 09/03/20 | J | A | |
| 526. | | | | | Sold | 11/04/20 | J | C | |
| 527. - Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | L | T | Buy | 11/04/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  - Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Sold<br>(part) | 02/26/20 | J | A | |
| 529. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 530. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 531. | | | | | Sold<br>(part) | 07/17/20 | J | A | |
| 532.  - Vanguard S&P 500 ETF (VOO) | A | Dividend | | | Buy | 02/26/20 | K | | |
| 533. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 534. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 535. | | | | | Sold<br>(part) | 07/17/20 | K | A | |
| 536. | | | | | Sold | 11/04/20 | K | C | |
| 537.  - Vanguard Total Stock Market ETF (VTI) | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | A | |
| 538. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 539. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 540. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 541. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 542. | | | | | Sold | 11/04/20 | L | D | |
| 543.  - Vanguard Value ETF (VTV) | C | Dividend | L | T | Buy<br>(add'l) | 02/26/20 | K | | |
| 544. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 546. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 547. | | | | | Sold<br>(part) | 11/04/20 | L | | |
| 548.  - Vanguard Growth ETF (VUG) | A | Dividend | M | T | Sold<br>(part) | 02/26/20 | J | B | |
| 549. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 550. | | | | | Sold<br>(part) | 04/07/20 | J | A | |
| 551. | | | | | Sold<br>(part) | 05/06/20 | J | A | |
| 552. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 553. | | | | | Sold<br>(part) | 09/03/20 | J | B | |
| 554. | | | | | Buy<br>(add'l) | 11/04/20 | K | | |
| 555.  - Wisdom Tree High Yield ETF (WFHY) | A | Dividend | | | Sold | 02/26/20 | K | A | |
| 556.  - Wisdom Tree Emerging Mkts Ex-State<br>Owned ETF (XSOE) | A | Dividend | K | T | Buy | 02/26/20 | J | | |
| 557. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 558. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 559. | | | | | Sold<br>(part) | 11/04/20 | J | A | |
| 560. TD Ameritrade Individual Retirement<br>Account #2 (H) | | | | | | | | | |
| 561.  - TD Ameritrade FDIC Insured Deposit<br>Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | - SPDR S&P Emerging Markets Small Cap ETF (EWX) | A | Dividend | J | T | | | | | |
| 563. | - SPDR S&P International Small Cap ETF (GWX) | A | Dividend | | | Sold | 02/28/20 | J | | |
| 564. | - SPDR S&P 600 Small Cap Value ETF (SLYV) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 565. | - SPDR Portfolio Developed World ex-U.S. ETF (SPDW) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | | |
| 566. | - SPDR Portfolio Emerging Markets ETF (SPEM) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 567. | - SPDR Portfolio Large Cap ETF (SPLG) | A | Dividend | K | T | Buy (add'l) | 02/28/20 | J | | |
| 568. | - SPDR Portfolio Small Cap ETF (SPSM) | A | Dividend | K | T | Buy (add'l) | 02/28/20 | J | | |
| 569. | - SPDR Portfolio S&P 500 High Dividend ETF (SPYD) | A | Dividend | | | Sold | 02/28/20 | J | | |
| 570. | - SPDR Portfolio S&P 500 Growth ETF (SPYG) | A | Dividend | K | T | Sold (part) | 02/28/20 | J | A | |
| 571. | - SPDR Portfolio S&P 500 Value ETF (SPYV) | A | Dividend | K | T | Buy (add'l) | 02/28/20 | J | | |
| 572. | - SPDR Technology Select ETF (XLK) | A | Dividend | J | T | Buy | 03/02/20 | J | | |
| 573. | TD Ameritrade Individual Retirement Account #3 (H) | | | | | | | | | |
| 574. | - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 575. | - Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | A | |
| 576. | - Vanguard Small-Cap Index Fund ETF (VB) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 577. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 578. | - Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. - Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 580. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 581. - Vanguard Short-Term Treasury Index Fund ETF Shares (VGSH) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | A | |
| 582. | | | | | Sold (part) | 03/25/20 | J | A | |
| 583. - Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 584. - Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 585. - Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 586. - Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 02/28/20 | J | A | |
| 587. - Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 588. TD Ameritrade Investment Account #3 (H) | | | | | | | | | |
| 589. - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 590. - iShares Trust Growth Allocation ETF (AOR) | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 591. - Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy (add'l) | 02/05/20 | J | | |
| 592. - Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 593. TD Ameritrade Investment Account #4 (H) | | | | | | | | | |
| 594. - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 595. - iShares Trust Growth Allocation ETF (AOR) | A | Dividend | J | T | Buy | 02/05/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy (add'l) | 02/05/20 | J | | |
| 597. - Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 598. TD Ameritrade Investment Account #5 (H) | | | | | | | | | |
| 599. - TD Ameritrade FDIC Insured Deposit Account (cash account) (MMDA12) | A | Interest | J | T | | | | | |
| 600. - iShares Trust Growth Allocation ETF (AOR) | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 601. - Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy (add'l) | 02/05/20 | J | | |
| 602. - Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 603. Illinois Bright Directions 529 Account (H) | | | | | | | | | |
| 604. Invesco Government Agency Portfolio | | None | K | T | | | | | |
| 605. Bright Directions Age-Based Allocation | | None | L | T | | | | | |
| 606. West Virginia Smart Select 529 Account #1 (H) (see Part VIII) | | | | | | | | | |
| 607. - All Equity Portfolio D | | None | K | T | | | | | |
| 608. West Virginia Smart Select 529 Account #2 (H) (see Part VIII) | | | | | | | | | |
| 609. - All Equity Portfolio D | | None | K | T | | | | | |
| 610. Farmland - LaGrange County, Indiana | | None | M | W | | | | | |
| 611. REC RT, L.L.C. 125 12.5% Preferred Units (REIT) | A | Dividend | J | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have disclosed two accounts in the West Virgina Smart Select 529 Plan.  In both accounts, the principal is invested in an all equity portfolio.  The Plan's fund manager is the Hartford Life Insurance Company.  Beyond choosing an all equity portfolio concentration, I do not make or receive information about individual investment decisions within the accounts.  The investment statements I receive show only the aggregate market value of the accounts at reporting dates, not specific equity holdings that the Plan chose to invest in.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael Y. Scudder, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544